# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD., a Singapore Corporation, and AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD,<br><br>Plaintiffs,<br><br>v.<br><br>EMCORE CORP., a New Jersey Corporation; FABRINET USA, a California Corporation,<br><br>Defendants. | Case No. C 08-05394 SI<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

John C. Vetter, whose business address and telephone number is 222 Lakeview Avenue, Suite 400, West Palm Beach, FL 33401, telephone (561) 653-5000 and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Avago Technologies Fiber IP (Singapore) PTE. Ltd. and Avago Technologies General IP (Singapore) PTE. Ltd.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____
Honorable Susan Illston
United Stated Magistrate Judge

{WP550111;1}                                3
PRO HAC VICE APPLICATION – C 08-0539 SI



**PROOF OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 725 South Figueroa Street, 38th Floor, Los Angeles, CA 90017.

On January 12, 2009, I served the following document(s) described as:

**(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the persons below as follows:

| | |
|---|---|
| John C. Brown, Esq. | Paul Kalivas, Esq. |
| Redenbacher & Brown, L.L.P. | Fabrinet USA, Inc. |
| 580 California Street, Suite 1600 | 4104 24th Street, Suite 345 |
| San Francisco, CA 94104 | San Francisco, CA 94114 |
| Telephone: (415) 409-8600 | Telephone: (619) 246-0097 |
| Facsimile: (415) 520-0141 | Facsimile: (619) 374-2540 |
| ***Attorney for Emcore Corp.*** | ***Attorney for Fabrinet USA, Inc.*** |

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐ deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒ placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 12, 2009, at Los Angeles, California.

Adriana Preciado
Type Name                                                      Signature

* **(SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)**

{LA033395;1}