MICHAEL S. SIMON (State Bar No. 144038)
michael.simon@akerman.com
JULIE M. McGOLDRICK (State Bar No. 234741)
julie.mcgoldrick@akerman.com
AKERMAN SENTERFITT LLP
725 South Figueroa Street, 38th Floor
Los Angeles, CA 90017-5438
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

JEROLD I. SCHNEIDER (Fla. Bar No. 26975) (appearing *pro hac vice*)
jerold.schneider@novakdruce.com
JOHN C. VETTER (N.Y. Bar No. 2578011) (appearing *pro hac vice*)
john.vetter@novakdruce.com
NOVAK DRUCE + QUIGG LLP
525 Okeechobee Boulevard, 15th Floor
West Palm Beach, FL 33401-6349
Telephone: (561) 838-5229
Facsimile: (561) 838-5578

Attorneys for Plaintiffs
AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD and
AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD

JOHN C. BROWN (State Bar No. 195804)
jbrown@redbrownlaw.com
REDENBACHER & BROWN, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Telephone: (415) 409-8600
Facsimile: (415) 520-0141

Attorneys for Defendant
EMCORE CORP.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD., and AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD,<br><br>Plaintiffs,<br><br>v.<br><br>EMCORE CORP.,<br><br>Defendant. | Case No. C 08-05394 SI<br><br>**[Proposed] ORDER GRANTING CHANGE OF TIME FOR INITIAL CASE MANAGEMENT CONFERENCE TO APRIL 10, 2009** |

1  The Court, having considered the Stipulated Request for an Order Changing the Time of the
2  March 13, 2009 Initial Case Management Conference filed by Plaintiffs Avago Technologies Fiber
3  IP (Singapore) Pte. Ltd. and Avago Technologies General IP (Singapore) Pte. Ltd. and Defendant
4  Emcore Corp., and, good cause being shown, finds that the Request shall be GRANTED.
5  PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management
6  Conference is continued to Friday, April 10, 2009, at 2:00 p.m.

2:30 p.m.

8  Dated: _____       _____
                                        HONORABLE SUSAN ILLSTON
9                                       United States District Judge

---

2
**[Proposed] ORDER GRANTING CHANGE OF TIME FOR**
**INITIAL CASE MANAGEMENT CONFERENCE – C 08-05394 SI**