IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE, LTD., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EMCORE CORPORATION, et al.,<br><br>    Defendants.                   / | No. C 08-5394 SI<br><br>**ORDER TO PROVIDE STATUS REPORT** |

On March 17, 2009, at the joint request of the parties, this Court stayed this action pursuant to 28 U.S.C. § 1659, pending resolution by the United States International Trade Commission ("ITC") of proceedings involving the same parties and the same issues as this action. Nothing has been heard from the parties since then.

**Accordingly, the parties are ORDERED to file with the court, no later than December 15, 2009, a joint Status Report**, describing the current status of the ITC proceedings and predicting when, if ever, the parties anticipate returning to this Court for further proceedings.

**IT IS SO ORDERED.**

Dated: November 25, 2009

                                                          SUSAN ILLSTON<br>
                                                          United States District Judge