STAY SHALL REMAIN IN EFFECT AND A
FURTHER STATUS REPORT SHALL BE FILED
BY 6/11/11

**1** Robert F. Kramer (State Bar No. 181706)
rob.kramer@novakdruce.com
**2** Stephanie R. Wood (State Bar No. 242572)
stephanie.wood@novakdruce.com
**3** NOVAK DRUCE + QUIGG LLP
555 Mission Street, 34th Floor
**4** San Francisco, CA 90017-5438
Telephone: (415) 814-6161
**5** Facsimile: (415) 814-6165

**6** Jerold I. Schneider* (Fla. Bar No. 26975)
jerold.schneider@novakdruce.com
**7** John C. Vetter* (N.Y. Bar No. 2578011)
john.vetter@novakdruce.com
**8** NOVAK DRUCE + QUIGG LLP
525 Okeechobee Blvd., 15th Floor
**9** West Palm Beach, FL 33401
Telephone: (561) 847-7800
**10** Facsimile: (561) 847-7801
* Appearing *pro hac vice*
**11**
Attorneys for Plaintiffs
**12** AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD and
AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD
**13**

**14** JOHN C. BROWN (CA Bar No. 195804)
Redenbacher & Brown, LLP
**15** 580 California Street, Suite 1600
San Francisco, California 94104
**16** Phone:  (415) 409-8600
Facsimile:  (415) 520-0141
**17** Email:  jbrown@redbrownlaw.com

**18** Attorneys for Defendant, EMCORE CORP.

**19**                UNITED STATES DISTRICT COURT

**20**             NORTHERN DISTRICT OF CALIFORNIA

**21**                 SAN FRANCISCO DIVISION

**22** AVAGO TECHNOLOGIES FIBER IP
(SINGAPORE) PTE. LTD., *et al.*,
**23**                                                  Case No.:  C 08-5394 SI
            Plaintiff,
**24**                                                  **JOINT STATUS REPORT**
        vs.
**25**
EMCORE CORP., *et al.*,
**26**
            Defendant.
**27**

**28**

                                                         1
JOINT STATUS REPORT; C 08-5394 SI

1    Plaintiffs Avago Technologies Fiber IP (Singapore) PTE Ltd. and Avago Technologies

2  General IP (Singapore) PTE Ltd. and defendant Emcore Corp., through their attorneys, hereby

3  submit this Joint Status Report pursuant to the Court's December 8, 2009 Notice.

4    On March, 17, 2009, the Court stayed this action, pursuant to 28 U.S.C. § 1659, pending

5  resolution of an Investigation by the United States International Trade Commission

6  ("Commission"), 337-TA-669, involving the same parties and issues that are involved in this

7  action.  28 U.S.C. § 1659(a) provides, upon timely request by a party that is also a respondent in

8  the proceeding before the ITC, for a stay "until the determination of the Commission becomes

9  final."

10    The parties to the ITC Investigation completed a Final Hearing on November 20, 2009.  On

11  March 12, 2010, the Administrative Law Judge ("ALJ") issued the "Initial Determination On

12  Violation of Section 337 and Recommended Determination on Remedy and Bond" ("ID/RD").  On

13  May 13, 2010, the Commission issued notice of its decision not to review the ID, and requested

14  submissions on remedy, bonding, and the public interest.  On July 12, 2010, the Commission

15  issued both (1) "Commission Opinion" and (2) "Issuance of a Limited Exclusion Order and Cease

16  and Desist Order; and Termination of the Investigation."  On that same day, the Commission's

17  opinion and orders were delivered to the President and the United States Trade Representative,

18  triggering the 60-day Presidential review, pursuant to 19 U.S.C. §§ 1337(j)(2) and (4).  The

19  Presidential review period expired without the President taking any action in September 2010.

20  Emcore timely filed a Notice of Appeal in the Federal Circuit on November 8, 2010, which was

21  docketed on November 10, 2010.

22    With respect to a stay as a matter of right pursuant to 35 U.S.C. 1659(a), the Federal Circuit

23  construes "final" to mean "until all appeals are exhausted." *In re Princo*, 486 F.3d 1365, 1369

24  (Fed. Cir. 2007).  If the parties consume all of the time allotted for briefing, the appeal is expected

25  to be calendared in May 2011, unless the panel deems that oral argument is not necessary.

26  Accordingly, the parties respectfully request that the stay remain in effect and that they update the

27  Court with an additional joint status report by June 1, 2011.

28

JOINT STATUS REPORT; C 08-5394 SI

1  DATED: 11/15/10                     NOVAK DRUCE + QUIGG LLP

2                                                      \s\
                                         By: _____
3                                              Robert F. Kramer
                                               Stephanie R. Wood
4
                                               Attorneys for Plaintiffs
5                                              AVAGO TECHNOLOGIES FIBER IP
                                               (SINGAPORE) PTE. LTD. AND AVAGO
6                                              TECHNOLOGIES GENERAL IP (SINGAPORE)
                                               PTE. LTD.
7

8  DATED: 11/15/10                     REDENBACHER & BROWN, LLP

9

10                                                     \s\
                                         By _____
11                                             John C, Brown
                                               Attorneys for Defendant, EMCORE CORP.
12

13    **CERTIFICATION BY STEPHANIE WOOD PURSUANT TO GENERAL RULE. NO. 45,**

14    **SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

15
          In accord with the Northern District of California's General Order No. 45, Section X.(B), I
16
attest that concurrence in the filing of this document has been obtained from each of the other
17
signatories who are listed on the signature pages.
18

19
          Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for
20
subsequent production for the Court if so ordered, or for inspection upon request by a party until
21
one year after final resolution of the action (including appeal, if any).
22
          Executed this 15th day of November, 2010, at San Francisco, California.
23

24
                                         /s/ Stephanie R. Wood_____
25                                       Stephanie R. Wood (State Bar No. 242572)
                                         NOVAK DRUCE + QUIGG LLP
26                                       *Attorneys for Plaintiffs*
                                         AVAGO TECHNOLOGIES FIBER IP
27                                       (SINGAPORE) PTE. LTD. AND AVAGO
                                         TECHNOLOGIES GENERAL IP (SINGAPORE)
28                                       PTE. LTD.

                                                                                                    3