1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD., AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE LTD.,<br><br>        Plaintiffs,<br><br>    v.<br><br>EMCORE CORP.<br><br>        Defendant. | Case No.:  3:08-CV-05394-SI<br><br>~~[PROPOSED]~~ **ORDER PERMITTING PLAINTIFFS TO REPLACE NOVAK, DRUCE + QUIGG LLP WITH FOLEY & LARDNER LLP AS ITS COUNSEL** |

The Court hereby permits Plaintiffs Avago Technologies Fiber IP (Singapore) Pte. Ltd. and Avago Technologies General IP (Singapore) Pte. Ltd. to replace the law firm of Novak Druce + Quigg LLP with the law firm of Foley & Lardner LLP as its counsel.

IT IS SO ORDERED.

Dated: May 27, 2011



Honorable _____
United States District Court Judge

1
[PROPOSED] ORDER
CASE NO.: 3:08-CV-05394-SI

SVCA_873026.1