IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE, LTD., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EMCORE CORPORATION, et al.,<br><br>  Defendants.<br>_____/ | No. C 08-5394 SI<br><br>**ORDER TO PROVIDE STATUS REPORT** |

This action has been stayed pending final decision on ITC proceedings since March 17, 2009. In January, 2012, the parties reported to this Court that, barring petition to the Supreme Court, the ITC action would become final, and the stay thus could be lifted, on February 14, 2012. The parties stated that they would "update the Court with an additional joint status report by February 15, 2012."

No such report has been filed as yet. Accordingly, the parties are ORDERED to file with the court, no later than February 27, 2012, a joint Status Report, describing the current status of the ITC proceedings and whether, at this time, the stay can be lifted.

**IT IS SO ORDERED.**

Dated: February 21, 2012

SUSAN ILLSTON
United States District Judge