Michael A. Tomasulo (SBN 179389)
tomasulom@dicksteinshapiro.com
David A. Randall (SBN 156722)
randalld@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067 3109
Telephone: (310) 772-8300
Facsimile:  (310) 772-8301

*Attorneys for Defendant Emcore Corporation*

| | |
|---|---|
| Gina A. Bibby (State Bar No. 242657)<br>FOLEY & LARDNER LLP<br>email: gbibby@foley.com<br>975 Page Mill Road<br>Palo Alto, CA  94304-1013<br>Telephone: (650) 856-3700<br>Facsimile:  (650) 856-3710 | John C. Vetter (Admitted *Pro Hac Vice*)<br>FOLEY & LARDNER LLP<br>cmail: jvetter@foley.com<br>One South Biscayne Boulevard, Suite 1900<br>Miami, FL 33151<br>Telephone:  (305) 382-8424<br>Facsimile:   (305) 482-8600 |
| Ary Chang (State Bar No. 244247)<br>FOLEY & LARDNER LLP<br>email: achang@foley.com<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA  92130-3302<br>Telephone: (858) 847-6700<br>Facsimile:  (858) 792-6773 | Richard S. Florsheim (Admitted *Pro Hac Vice*)<br>Cynthia J. Franecki (Admitted *Pro Hac Vice*)<br>FOLEY & LARDNER LLP<br>email:  rflorsheim@foley.com<br>email:  cfranecki @foley.com<br>777 E. Wisconsin Avenue<br>Milwaukee, WI 53202-5306<br>Telephone:  (414) 271-2400<br>Facsimile:   (414) 297-4900 |

*Attorneys for Plaintiffs Avago Technologies U.S. Inc., Avago Technologies Fiber IP (Singapore) Pte. Ltd., Avago Technologies General IP (Singapore) Pte. Ltd., Avago Technologies Trading Ltd., and Avago Technologies International Sales Pte. Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S. INC., AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE, LTD. AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD. AVAGO TECHNOLOGIES TRADING LTD., AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD.,<br><br>           Plaintiffs,<br><br>      vs.<br><br>EMCORE CORP., *et al.*,<br><br>           Defendant. | Case No.: 08-CV-05394-SI<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Each of the parties, by and through their attorneys, hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), with each party to bear its own costs and attorneys' fees.

Date: May 18, 2012

Respectfully submitted,

By: /s/ Michael A. Tomasulo
Michael A. Tomasulo (SBN 179389)
tomasulom@dicksteinshapiro.com
David A. Randall (SBN 156722)
randalld@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Telephone: (310) 772-8300
Facsimile:  (310) 772-8301

Gary M. Hoffman (*admitted pro hac vice*)
hoffmang@dicksteinshapiro.com
Kimberly R. Parke (*admitted pro hac vice*)
parkek@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1835 Eye Street, NW
Washington, DC 20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201

Attorneys for Defendant Emcore Corporation

Date:  May 18, 2012

Respectfully submitted,

By:   /s/ John C. Vetter
John C. Vetter (Admitted *Pro Hac Vice*)
FOLEY & LARDNER LLP
cmail: jvetter@foley.com
One South Biscayne Boulevard, Suite 1900
Miami, FL 33151
Telephone:  (305) 382-8424
Facsimile:   (305) 482-8600

Ary Chang (State Bar No. 244247)
FOLEY & LARDNER LLP
email: achang@foley.com
3579 Valley Centre Drive, Suite 300
San Diego, CA  92130-3302
Telephone: (858) 847-6700
Facsimile:  (858) 792-6773

(Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Susan Illston)

| | |
|---|---|
| 1 | Gina A. Bibby (State Bar No. 242657) |
| 2 | FOLEY & LARDNER LLP |
|   | email: gbibby@foley.com |
| 3 | 975 Page Mill Road |
|   | Palo Alto, CA 94304-1013 |
| 4 | Telephone: (650) 856-3700 |
|   | Facsimile: (650) 856-3710 |

Gina A. Bibby (State Bar No. 242657)
FOLEY & LARDNER LLP
email: gbibby@foley.com
975 Page Mill Road
Palo Alto, CA 94304-1013
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Richard S. Florsheim (Admitted *Pro Hac Vice*)
Cynthia J. Franecki (Admitted *Pro Hac Vice*)
FOLEY & LARDNER LLP
email: rflorsheim@foley.com
email: cfranecki @foley.com
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: (414) 271-2400
Facsimile: (414) 297-4900

*Attorneys for Plaintiffs Avago Technologies U.S. Inc., Avago Technologies Fiber IP (Singapore) Pte. Ltd., Avago Technologies General IP (Singapore) Pte. Ltd., Avago Technologies Trading Ltd., and Avago Technologies International Sales Pte. Ltd.*

**DICKSTEIN SHAPIRO LLP**

**CERTIFICATE OF SERVICE**
*Avago Technologies Fiber IP (Singapore) PTE, Ltd. v. Emcore Corp.*
U.S. District Court, California Northern District (San Francisco)
Case No. 08-CV-05394-SI

STATE OF CALIFORNIA            )
                               ) ss
COUNTY OF LOS ANGELES          )

    I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the action.  My business address is 2049 Century Park East, Suite 700, Los Angeles, CA 90067. On May 18, 2012, I served the document(s) on the interested parties in this action as follows:

**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(a)(II)**

By placing ☐ the original ☑ a true copy thereof enclosed in a sealed envelope addressed as follows:       Please see attached SERVICE LIST

☐ **BY MAIL**: The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY**: By causing such envelope to be deposited or delivered in a box or other facility regularly maintained by Federal Express authorized to receive documents, or delivering to a courier or driver authorized by said express service carrier to receive documents, the copy of the foregoing document in a sealed envelope designated by the express service carrier, addressed as stated above, with fees for overnight (next business day) delivery paid or provided for and causing such envelope to be delivered by said express service carrier on [date].

☐ **BY EMAIL:** The document was served by email pursuant to the agreement of all parties.

☑ **BY ECF**

☑ **[Federal]**     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on May 18, 2012, at Los Angeles, California.

                                                              _____

**SERVICE LIST**
*Avago Technologies Fiber IP (Singapore) PTE. Ltd. v. Emcore Corp.*
*U.S. District Court, California Northern District (San Francisco)*
*Case No. 08-CV-05394-SI*

| | |
|---|---|
| Julie M. McGoldrick<br>Julie.mcgoldrick@akerman.com<br>Michael S. Simon<br>Michael.simon@akerman.com<br>AKERMAN SENTERFITT LLP<br>725 S. Figueroa Street, 38th Floor<br>Los Angeles, CA  90017-5438<br>T: (213) 688-9500<br>F: (213) 627-6342 | *Attorneys for Plaintiffs Avago Technologies U.S. Inc., Avago Technologies Fiber IP (Singapore) Pte. Ltd., Avago Technologies General IP (Singapore) Pte. Ltd., Avago Technologies Trading Ltd., and Avago Technologies International Sales Pte. Ltd.* |

Ary Chang
achang@foley.com
FOLEY & LARDNER LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
T: (858) 847-6700
F: (858) 792-6773

Cynthia Jo Franecki *(Pro Hac Vice)*
cfranecki@foley.com
Rick S. Florsheim *(Pro Hac Vice)*
rflorsheim@foley.com
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
T: (414) 271-2400
F: (414) 297-4900

Gina A. Bibby
gbibby@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA  94304-1013
T: (650) 856-3700
F: (650) 856-3710

John C. Vetter
jvetter@foley.com
FOLEY & LARDNER LLP
One South Biscayne Blvd., Suite 1900
Miami, FL  33151
T: (303) 482-8424
F: (303) 482-8600

DICKSTEIN
SHAPIRO LLP

DOCSLA-94006v1